O'Melveny

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

July 14, 2026

**Nexus U. Sea**
D: +1 212 326 2262
nsea@omm.com

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***In re: Johnson & Johnson Inc., Misc. Civil Action No. 1:26-mc-00308-JPC-RWL***

Dear Judge Lehrburger:

We represent Johnson & Johnson ("J&J") in the above captioned miscellaneous discovery matter. On June 18, 2026, Plaintiffs filed a motion to compel in this Court, which also seeks to transfer the motion to the Northern District of California pursuant to Rule 45. For the reasons outlined in our papers, filed concurrently with this letter, J&J is not only opposing Plaintiff's motion to compel and corresponding request to transfer, but also cross-moving to quash Plaintiffs' nonparty subpoena and for sanctions under Rule 45.

While we do not believe an informal premotion conference under Local Rule 37.2 and Sections II.D and III.D of Your Honor's Individual Practices is necessary with respect to J&J's motion to quash—particularly since the motion is being submitted concurrently with J&J's opposition to Plaintiffs' motion to compel, and given the tight timeframe J&J has to respond—J&J respectfully submits this letter in compliance with local rules and Your Honor's individual practices to request a premotion conference should the Court deem one necessary and proper.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Nexus U. Sea*
Nexus U. Sea
of O'MELVENY & MYERS LLP

cc: (via ECF)
All counsel of record

The Court accepts J&J's motion papers as filed without the need for a premotion conference.

SO ORDERED:

7/15/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE